ORIGINAL                    1544916

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

──────────── District of Hawaii ────────────

UNITED STATES OF AMERICA

V.

DAVID MUELLER

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00174DAE-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 25 2008

at _8_ o'clock and _45_ min _A_ _M_
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST DAVID MUELLER and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violation(s) of Supervised Release

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia, Clerk of Court | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Sue Beitia by LMG | July 23, 2008 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Honolulu, HI._ | | |
| Date Received 7/23/08 | NAME AND TITLE OF ARRESTING OFFICER _Arthur Oki/DUSM_ | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 7/23/08 | | |